IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,                        No. 2:11-CR-00406-KJM

   v.

JAMES HARLAN PETERS,

        Defendant.                      <u>ORDER</u>

_____/

        The government has filed a motion seeking to reduce defendant Peters' sentence from 60 months to 51 months, based on Peters' substantial assistance to the government following sentencing.  *See* ECF 39 (sealed).  The motion represents that the parties agree the court can reduce the sentence as requested without a hearing.  The defense has not filed any corresponding motion, or any opposition.

        Having carefully reviewed the information provided by the government under seal, the court GRANTS its request.  Fed. R. Crim. P. 35(b)(2).  Defendant Peters' sentence is hereby reduced to 51 months on each of Counts 1 and 4, to be served concurrently for a total term of 51 months.  An amended judgment will be filed to reflect the reduction.

        IT IS SO ORDERED.

DATED:  January 6, 2014.

                                                  UNITED STATES DISTRICT JUDGE